■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE BRAVO, Appellant.— Motion to enlarge time granted; the appellant's time to perfect the appeal is enlarged to the December 1960 Term; appeal ordered to be placed on the calendar for December 5, 1960. Motion to dispense with printing denied, without prejudice to renewal on an affidavit by appellant personally showing his indigence. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELDRIDGE DUKES, Appellant.— Motion to substitute counsel granted. The decision handed down May 2, 1960 is amended by striking out the designation of counsel and by substituting therefor Mortimer C. O'Brien, Jr., 175 Main Street, White Plains, New York, as counsel to prosecute the appeal. The appellant's time to perfect the appeal is enlarged to the January 1961 Term, for which term the appeal is ordered to be placed on the calendar. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.